UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CARLOS PEREZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-00356-JPH-MKK |
| FEDERAL BUREAU OF PRISONS, UNITED STATES OF AMERICA, | ) ) ) ) |
| Defendants. | ) |

**ORDER DISMISSING ACTION**

Magistrate Judge Klump recommended that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1) because there has been no motion to substitute a party after the plaintiff's death. Dkt. 99. There has not been any objection to the report and recommendation or any motion to substitute.

The Court **adopts** Magistrate Judge Klump's report and recommendation, dkt. [99], in whole. This action is **dismissed without prejudice** pursuant to Rule 25(a)(1). The **clerk is directed** to enter final judgment consistent with this order and the screening order, dkt. 15.

**SO ORDERED.**

Date: 8/15/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CARLOS PEREZ
18674-104
DEVENS - FMC
DEVENS FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 879
AYER, MA 01432

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov